# UNITED  STATES  DISTRICT  COURT
## SOUTHERN  DISTRICT  OF  OHIO
### WESTERN  DIVISION

Donald DiMario,
      Plaintiff,

      vs                                  Civil Action No. 1:12cv606

Merchants Security  Systems, Inc.          Bowman, M.J.
      Defendant.


## ORDER


      The parties having reached an agreement to settle this litigation in the presence of the Court on 5/30/13;

      It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within ninety (90) days, move to reopen the action if settlement is not consummated.

      The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

      IT IS SO ORDERED.


                                 /s/ *Stephanie K. Bowman*
                                 United States Magistrate Judge